# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-234 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| SHANTE MICHELLE CHAMBERS, | ORDER ADOPTING REPORT AND RECOMMENDATION OF |
| Defendant. | MAGISTRATE JUDGE |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Carmen E. Henderson, as to Count 1 of the Indictment. The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Carmen E. Henderson and accepts the Defendant's offer of guilt and finds the Defendant guilty as to Count 1 of the Indictment.

The signed Plea Agreement shall be filed as of the date of this Order.

**IT IS SO ORDERED.**

                                                         *s/Pamela A. Barker*
                                                         PAMELA A. BARKER

Date: August 15, 2023                      U. S. DISTRICT JUDGE